995 So.2d 1179 (2008)
Craig L. STEMMER, Appellant,
v.
Patricia STEMMER, Appellee.
No. 4D07-4900.
District Court of Appeal of Florida, Fourth District.
December 17, 2008.
Steven M. Pesso of Steven M. Pesso, P.A., Boca Raton, and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.
Curtis L. Witters of Glickman, Witters & Marell, P.A., and Donna M. Krusbe of *1180 Billing, Cochran, Lyles, Mauro & Ramsey, P.A., West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Miller v. Schou, 616 So.2d 436 (Fla.1993); Asrani v. Asrani, 591 So.2d 283 (Fla. 4th DCA 1991).
GROSS, C.J., POLEN, J., and GOLDENBERG, RENEE, Associate Judge, concur.